UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE SATANIC TEMPLE, INC.; et al.,

    Plaintiffs - Appellants,

v.

CITY OF SCOTTSDALE,

    Defendant - Appellee.

No. 20-15338

D.C. No. 2:18-cv-00621-DGC
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered May 19, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7